SEYFARTH SHAW LLP
Kenneth L. Wilton (SBN 126557)
kwilton@seyfarth.com
Ashley N. Smith (SBN 339331)
ansmith@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Plaintiff
UNITEDHEALTH GROUP INCORPORATED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDHEALTH GROUP INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE SELAN, an individual, UNITEDHEALTH GROUP INCORPORATED, a California nonprofit corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. '24CV2130 JLS  BJC<br><br>**COMPLAINT FOR (1) FEDERAL TRADEMARK INFRINGEMENT; (2) COMMON LAW TRADEMARK INFRINGEMENT; (3) FEDERAL TRADEMARK DILUTION; (4) FEDERAL UNFAIR COMPETITION, FALSE REPRESENTATION, AND FALSE DESIGNATION OF ORIGIN; AND (5) CALIFORNIA UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff UnitedHealth Group Incorporated of Delaware ("Plaintiff"), by and through the undersigned counsel, for its Complaint against Defendants Elaine Selan ("Selan") and UnitedHealth Group Incorporated of California (the "Defendant Corporation," or, collectively with Selan, "Defendants"), alleges as follows:

## NATURE OF THE ACTION

1.     This is an action to protect against fraudulent and unauthorized use of a famous trademark to impersonate the extremely well-known company UnitedHealth

Group Incorporated and, upon information and belief, suggest some affiliation with that company's legitimate business operation when no such affiliation exists.

2.    Plaintiff, a Delaware corporation, owns longstanding and exclusive rights in its trade name UnitedHealth Group Incorporated ("Plaintiff's Trade Name") and the famous trademark UNITEDHEALTH GROUP ("Plaintiff's Mark") in connection with a wide range of products and services. Plaintiff has invested significantly in creating and protecting valuable goodwill surrounding Plaintiff's Trade Name and Plaintiff's Mark, and the general public has come to associate both with Plaintiff's high-quality product and service offerings.

3.    Defendants have registered and, upon information and belief, are operating a California nonprofit corporation under, a trade name that is identical to Plaintiff's Trade Name and contains Plaintiff's Mark in its entirety.

4.    Defendants' unauthorized corporate registration has already resulted in actual confusion.

5.    Plaintiff brings this action to protect against inevitable and irreparable harm to the valuable goodwill surrounding Plaintiff's Trade Name and Plaintiff's Mark, as well as to protect against further confusion and deception among the public.

6.    Plaintiff asserts claims for infringement and dilution of its federally registered and common law trademarks pursuant to 15 U.S.C. § 1114(1), 15 U.S.C. § 1125(a), and 15 U.S.C. § 1125(c), for unfair competition, false representation, and false designation of origin pursuant to 15 U.S.C. § 1125(a), and for unfair competition under California law pursuant to Cal. Bus. & Prof. Code § 17200 et seq.

7.    Plaintiff seeks an injunction against Defendants preventing continued registration and use of Defendants' infringing trade name and/or infringing mark in any respect, including but not limited to use as a trade name registered with the California Secretary of State.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PARTIES**

8.     Plaintiff UnitedHealth Group Incorporated is a Delaware corporation with its principal place of business at 9900 Bren Road East, MN008-T202, Minnetonka, Minnesota 55343.

9.     Upon information and belief, Defendant Elaine Brown Selan is an individual residing in California at 4337 Caminito De La Escena, San Diego, California 92108, and is the registered agent for the Defendant Corporation, who can be served at 416 W. San Ysidro Blvd., L-1958, San Ysidro, California 92173.

10.     Defendant UnitedHealth Group Incorporated is a California nonprofit corporation with a principal place of business at 30 North Gould Street, Suite R, Sheridan, Wyoming 82801, and maintaining a mailing address at 416 W. San Ysidro Blvd., L-1958, San Ysidro, California 92173.

**JURISDICTION AND VENUE**

11.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 1338(a) and 15 U.S.C. § 1121.  This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a) insofar as these claims are so related to the federal claims in the action that they form part of the same case or controversy.

12.     Upon information and belief, this Court has personal jurisdiction over Defendants.  Upon information and belief, Selan resides in this District.  Moreover, Secretary of State records associated with Defendant Corporation reflect that Selan acts as registered agent for Defendant Corporation in this District, and that Defendant Corporation maintains a mailing address in this District.

13.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1), because one or more Defendants reside in this District, and  28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving raise to the claims asserted in this case occurred in this District.

COMPLAINT

# FACTS

**A.    Plaintiff and Its Famous UNITEDHEALTH GROUP Mark.**

14.    Plaintiff is a diversified health care and well-being company dedicated to helping people live healthier lives and helping make the health system work better for everyone by improving access, affordability, outcomes and experiences. Plaintiff offers a full spectrum of goods and services in furtherance of its mission, including but not limited to health care, benefits services, financial services, technology platforms, consulting and data analysis, and pharmacy services (collectively, "Plaintiff's Goods and Services").

15.    Plaintiff's origins date back to the 1970s. After a series of mergers and acquisitions, Plaintiff became a publicly traded company in 1984, and first adopted Plaintiff's Trade Name and Plaintiff's Mark in 1998.

16.    Plaintiff owns a valid and subsisting corporate registration under Plaintiff's Trade Name with the State of Delaware.

17.    Plaintiff has used Plaintiff's Trade Name and Plaintiff's Mark continuously in interstate commerce since 1998.

18.    Over several decades, Plaintiff has promoted and offered Plaintiff's Goods and Services under Plaintiff's Mark to a wide range of consumers across the United States. Today, Plaintiff works with governments, employers, partners and providers to care for 148 million people.

19.    Plaintiff is now the fifth largest company—and the largest health care company—in the United States, generating $324 billion in revenue in 2023.

20.    As a result of significant and widespread use of Plaintiff's Mark in connection with Plaintiff's Goods and Services over a period of nearly 30 years, consumers have come to associate Plaintiff's Mark with Plaintiff and its high-quality service offerings.

21.    Indeed, Plaintiff's Mark has become famous. It became famous long before Defendants adopted the trade name and mark complained of herein.

22.    As a result of Plaintiff's widespread, continuous, and exclusive use of Plaintiff's Mark to symbolize Plaintiff's good-will reputation, the business it carries on, and the inherent distinctiveness of Plaintiff's Mark, Plaintiff owns widespread common-law rights in and to Plaintiff's Mark.

23.    In addition to its longstanding common-law rights in Plaintiff's Mark, Plaintiff owns all right, title, and interest in and to several incontestable federal registrations for Plaintiff's Mark in connection with Plaintiff's Goods and Services. These include, but are not limited to the following:

a.    U.S. Registration No. 2635728 for UNITEDHEALTH GROUP, issued October 15, 2002 for "Health care cost management services for health care benefit plans" in International Class 35; "Insurance services, namely claims administration services for health care benefit plans" in International Class 36; and "Managed health care services" in International Class 42.

b.    U.S. Registration No. 5374645 for UNITEDHEALTH GROUP, issued January 9, 2018 for "Banking services; On-line banking services; Financing and loan services; Financial services, namely, wealth management, investment management, and financial planning services; Insurance brokerage services" in International Class 36;

c.    U.S. Registration No. 4390544 for UNITEDHEALTH GROUP, issued August 27, 2013 for "Downloadable electronic publications, namely, articles, newsletters, brochures, reports and booklets in the fields of healthcare, insurance, health and wellness" in International Class 9; "Printed publications, namely, articles, newsletters, brochures, reports and booklets in the fields of healthcare, insurance, health and wellness" in International Class 16; "Administration of pharmacy reimbursement programs and services; health care and pharmaceutical cost management, cost containment and utilization

5
COMPLAINT

review services; managed care, namely, pre-certification services, utilization review and electronic processing of health care information; charitable services, namely, organizing and conducting volunteer programs and community service projects; promoting public awareness of health and wellness topics and the need for healthcare reform; providing information in the fields of healthcare policy and healthcare reform; think tank services, namely, developing policies for healthcare reform; billing" in International Class 35; "Insurance administration; health insurance underwriting; insurance claims administration; insurance brokerage; insurance consultancy; insurance claims processing; providing information in insurance matters; organization and administration of pre-paid health care plans; administration of employee benefit plans concerning insurance and finance; stop-loss insurance for self-funded health benefit plans of others; administration, financial management and maintenance of health savings accounts, retiree health accounts, flexible spending accounts and health reimbursement accounts; administration of insurance plans for eligible Medicare and Medicaid beneficiaries; insurance services, namely, underwriting and administration of supplemental health insurance coverage, namely, COBRA coverage and state continuing benefit plans; administration of employee welfare benefit plans concerning insurance and finance; pharmacy benefit management services; organization and administration of networks of health care providers; charitable foundation services, namely, providing financial assistance for programs and services of others; charitable fundraising services; charitable services, namely, providing financial support to disadvantaged patients for the purpose of facilitating good health and wellness; electronic processing of

COMPLAINT

insurance claims and payment data" in International Class 36; "Managed health care services; healthcare; providing information in the fields of healthcare, health and wellness; healthcare services, namely, health and wellness programs, healthcare management programs, disease management programs and medical condition management programs; patient healthcare support services in the nature of health care decision support counseling and health care planning; mental health and substance abuse treatment; long-term care services, namely, home-visit nursing care; hospice and palliative care services; counseling services in the fields of health, nutrition and lifestyle wellness" in International Class 44; and "Health care advocacy services to members of health care benefit plans; individualized health care coordination services, namely, facilitating an array of services, namely, medical care services, behavior health services, and health care management" in International Class 45.

24.    The above-referenced registrations for Plaintiff's Mark (collectively, "Plaintiff's Registrations") are valid and subsisting on the Principal Register of the U.S. Patent and Trademark Office ("USPTO"). All of Plaintiff's Registrations are incontestable. True and correct printouts of information from the electronic database records of the USPTO showing the current status and title of these registrations are attached hereto as a collective **Exhibit A**, and are incorporated by reference as if fully set forth herein.

**B.    Defendants' Unlawful Acts.**

25.    On February 20, 2023, Selan filed paperwork with the California Secretary of State to establish Defendant Corporation as a California nonprofit mutual benefit corporation.

26.     Selan is listed as the registered agent for service of process for the Defendant Corporation and, upon information and belief, is the sole owner and director of Defendant Corporation.

27.     Selan chose a corporate name for Defendant Corporation that is identical to Plaintiff's Trade Name, down to the unique spelling, capitalization, and spacing of Plaintiff's Trade Name, which features the term "United" with a capital "U," followed by the term "Health" with a capital "H," without a space between "United" and "Health." Like Plaintiff's Trade Name, Defendant Corporation's name (the "Infringing Name") begins with "UnitedHealth," which is followed by a space, then the term "Group," another space, and the term "Incorporated."

28.     The Infringing Name contains Plaintiff's Mark in its entirety.

29.     Plaintiff has not authorized use of Plaintiff's Trade Name or Plaintiff's Mark by Defendants. Plaintiff is not affiliated with Defendants, nor has it approved of or endorsed Defendants' corporate registration or other business activity.

30.     Nonetheless, upon information and belief, Defendants adopted and began using the Infringing Name, as well as a mark identical to Plaintiff's Mark (the "Infringing Mark") to conduct business that the public would assume is affiliated with, sponsored by, and/or approved by Plaintiff, when in fact it is not.

31.     California Secretary of State records reflect an address for registered agent Selan at 416 W San Ysidro Blvd, L-1958, San Ysidro, California 92173, and that the principal address for Defendant Corporation is 30 N Gould, Suite R, Sheridan, WY, 82801.  Upon information and belief, Defendant Corporation does not conduct business at the Wyoming address.

32.     Upon information and belief, within the past year, Selan has incorporated more than 350 nonprofit mutual benefit corporations through the California Secretary of State, all in the names of previously existing, well-known companies.

33.     Upon information and belief, Defendants are engaged in a large-scale scheme to defraud consumers and/or confuse them into believing that Defendants' business is tied to legitimate, for-profit corporations, when in fact it is not.

34.     Upon information and belief, Defendants' actions in connection with the registration and operation of the Defendant Corporation were made with the deliberate intent to trade on the goodwill of Plaintiff's Trade Name and Plaintiff's Mark, and to confuse consumers as to the nature, source, and legitimacy of any services provided by or purported to be provided by Defendant Corporation.

35.     In fact, confusion has already occurred, and Plaintiff has already suffered damage. In April 2024, Selan was mistakenly served as Plaintiff's "Agent of Service" in an unrelated arbitration matter. However, because Plaintiff is not in fact affiliated with Selan or Defendant Corporation, Plaintiff did not learn of the action filed against it for more than six months, when a co-defendant alerted Plaintiff that the arbitration plaintiff was about to file a motion for default judgment against Plaintiff due to Plaintiff's failure to respond to the claims asserted against it.

36.     Defendants' acts are causing, and unless restrained, will continue to cause, damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill among consumers.

## FIRST CLAIM FOR RELIEF

## INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK

37.     Plaintiff reallege and incorporate herein by reference the allegations contained in Paragraphs 1 through 36 as though fully set forth herein.

38.     Plaintiff owns all right, title, and interest in and to Plaintiff's Mark and Plaintiff's Registrations.

39.     Defendants' unauthorized use in commerce of Plaintiff's Mark as described herein is likely to cause confusion, mistake, or deception and constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

40.    Upon information and belief, Defendants have committed the foregoing acts of infringement with full knowledge of Plaintiff's prior rights in Plaintiff's Mark and with the willful intent to cause a likelihood of confusion and trade on Plaintiff's goodwill.

41.    Defendants' conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

42.    Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with pre-judgment and post-judgment interest.

## SECOND CLAIM FOR RELIEF

### INFRINGEMENT OF COMMON LAW TRADEMARK

43.    Plaintiff reallege and incorporate herein by reference the allegations contained in Paragraphs 1 through 36 as though fully set forth herein.

44.    Plaintiff owns all right, title, and interest in and to the Plaintiff's Mark.

45.    Plaintiff and/or its predecessors-in-interest have used Plaintiff's Mark continuously in interstate commerce since long prior to Defendants' conduct complained of herein.

46.    Defendants' unauthorized use in commerce of Plaintiff's Mark as described herein is likely to cause confusion, mistake, or deception and constitutes infringement of Plaintiff's common-law trademark in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(1)(a).

47.    Upon information and belief, Defendants have committed the foregoing acts of infringement with full knowledge of Plaintiff's prior rights in Plaintiff's Mark and with the willful intent to cause a likelihood of confusion and trade on Plaintiff's goodwill.

48.    Defendants' conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff

and confuse the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

49.    Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with pre-judgment and post-judgment interest.

## THIRD CLAIM FOR RELIEF

### FEDERAL TRADEMARK DILUTION

50.    Plaintiff realleges and incorporate herein by reference the allegations contained in Paragraphs 1 through 36 as though fully set forth herein.

51.    Plaintiff's and/or its predecessors-in-interest's exclusive use of the distinctive Plaintiff's Mark since at least as early as 1998, coupled with substantial promotion, advertising, and sales under Plaintiff's Mark, have resulted in the general consuming public of the United States widely recognizing Plaintiff's Mark as a designation of source of Plaintiff's Goods and Services.

52.    Therefore, Plaintiff's Mark has become famous.

53.    Plaintiff's Mark was famous well before Defendants engaged in the acts alleged herein, and therefore Plaintiff's Mark is entitled to protection from dilution under 15 U.S.C. § 1125(c).

54.    Defendants' use in commerce of Plaintiff's Mark without authorization is likely to or has diluted Plaintiff's Mark by blurring and/or tarnishment.

55.    Defendants' conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

56.    Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys'

fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with pre-judgment and post-judgment interest.

## FOURTH CLAIM FOR RELIEF

## FEDERAL UNFAIR COMPETITION, FALSE REPRESENTATION, AND FALSE DESIGNATION OF ORIGIN

57.     Plaintiff realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 36 as though fully set forth herein.

58.     Defendants' unauthorized use in commerce of Plaintiff's Trade Name and Plaintiff's Mark as alleged herein constitutes the use in commerce of a word, term, name, symbol, or device, which use is likely to cause confusion, or to cause mistake, or to deceive, as to the affiliation, connection, or association of Defendants with Plaintiff, or as to the origin, sponsorship, or approval of Defendants' commercial activities by Plaintiff, in violation of 15 U.S.C. § 1125(a)(1).

59.     Defendants' conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

60.     Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with pre-judgment and post-judgment interest.

## FIFTH CLAIM FOR RELIEF

## CALIFORNIA UNFAIR COMPETITION

61.     Plaintiff realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 36 as though fully set forth herein.

62.     As described herein, Defendants' wrongful acts constitute unfair competition pursuant to Cal. Bus. & Prof. Code § 17200 et seq., in that said acts:

a. Enable and will continue to enable Defendants to obtain the benefit of and trade on Plaintiff's goodwill;

b. Damage and will continue to damage Plaintiff's goodwill in that Plaintiff does not have control over Defendants' operation; and

c. Cause, have caused, and are likely to continue to cause confusion, mistake, or deception in the minds of the public.

63. The aforementioned acts of Defendants are significantly and irreparably damaging to Plaintiff and will continue to significantly and irreparably damage Plaintiff and the public unless enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants Elaine Brown Selan and UnitedHealth Group Incorporated as follows:

a. That Defendants have violated Section 32 of the Lanham Act (15 U.S.C. § 1114), Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), and Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c));

b. That Defendants have violated California unfair competition law, Cal. Bus. & Prof. Code § 17200 et seq.;

c. Granting an injunction temporarily and permanently enjoining Defendants, along with their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service or otherwise from:

i. Using Plaintiff's Trade Name, or any confusingly similar trade names, as its trade name or registered corporation name;

ii. Using Plaintiff's Mark, or any confusingly similar marks, as a trademark in connection with the offering of any goods or services;

COMPLAINT

iii.     Engaging in any other activity that infringes Plaintiff's rights in Plaintiff's Trade Name or Plaintiff's Mark, or constitutes unfair competition with Plaintiff;

iv.     Making or displaying any statement, representation, or depiction that is likely to lead the public to believe that (i) Defendants' goods or services are in any manner approved, endorsed, licensed, sponsored, authorized by, or associated, affiliated, or otherwise connected with Plaintiff or (ii) Plaintiff's Goods and Services are in any manner approved, endorsed, licensed, sponsored, authorized by, or associated, affiliated, or otherwise connected with Defendants;

v.     Registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating Plaintiff's Trade Name, the Infringing Name, Plaintiff's Mark, the Infringing Mark, or any other name or mark that infringes or is likely to be confused with Plaintiff's Trade Name and/or Plaintiff's Mark; and

vi.     Aiding, assisting, or abetting any other individual or entity in doing any act prohibited herein.

d.     Granting such other and further relief as the Court may deem proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted, or otherwise offered or circulated by Defendants are in any way approved, endorsed, licensed, sponsored, authorized by, or associated, affiliated, or otherwise connected with Plaintiff or constitute or are connected with Plaintiff's Goods and Services;

e.     Directing Defendants to immediately cease all manufacture, display, distribution, marketing, advertising, promotion, sale, offer for sale and/or use of any and all packaging, labels, catalogs, shopping bags, containers, advertisements, signs, displays, and other materials that feature or bear any designation or mark incorporating he

Plaintiff's Mark, the Infringing Mark, or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's Mark, and to direct all distributors, retailers, wholesalers, and other individuals and establishments wherever located in the United States that distribute, advertise, promote, sell, or offer for sale Defendants' goods or services to cease the display, distribution, marketing, advertising, promotion, sale, and/or offering for sale of any and all goods, services, packaging, labels, catalogs, shopping bags, containers, advertisements, signs, displays, and other materials featuring or bearing the Infringing Mark or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's Mark, and to immediately remove them from public access and view;

f. Directing Defendants to formally dissolve the Defendant Corporation, or otherwise file the appropriate paperwork with the California Secretary of State to change the name of the Defendant Corporation such that it no longer contains Plaintiff's Trade Name, Plaintiff's Mark, the Infringing Name, the Infringing Mark, or any other name or mark that is confusingly similar to Plaintiff's Trade Name or Plaintiff's Mark.

g. Directing, pursuant to Section 35(a) of the Lanham Act (15 U.S.C. § 1116(a)), each Defendant to file with the court and serve upon Plaintiff's counsel within thirty (30) days after service on such Defendant of an injunction in this action, or such extended period as the Court may direct, a report in writing under oath, setting forth in detail the manner and form in which such Defendant has complied therewith;

h. Awarding Plaintiff an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a));

i. Directing that each Defendant account to and pay over to Plaintiff all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)), enhanced as appropriate to compensate Plaintiff for the damages caused thereby;

j.      Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a));

k.      Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums;

l.      Awarding Plaintiff damages to the full extent provided by California common law; and

m.      Awarding any other relief the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

In accordance with Rules 38 and 39 of the Federal Rules of Civil Procedure, Plaintiff UnitedHealth Group Incorporated asserts its rights and demands a trial by jury on all issues so triable.

DATED: November 13, 2024              Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
                              Kenneth L. Wilton
                              Ashley N. Smith
                              Attorneys for Plaintiff
                              UNITEDHEALTH GROUP
                              INCORPORATED

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2024-11-13 18:28:39 EST

**Mark:** UNITEDHEALTH GROUP

UNITEDHEALTH GROUP

**US Serial Number:** 85642790

**US Registration Number:** 4390544

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



**Status:** The registration has been renewed.

**Status Date:** Aug. 24, 2023

**Publication Date:** Jun. 11, 2013

**Application Filing Date:** Jun. 04, 2012

**Registration Date:** Aug. 27, 2013

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Mark Information

**Mark Literal Elements:** UNITEDHEALTH GROUP

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "GROUP"

## Related Properties Information

**Claimed Ownership of US Registrations:** 2635728, 4032349, 3440643 and others

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable electronic publications, namely, articles, newsletters, brochures, reports and booklets in the fields of healthcare, insurance, health and wellness

**International Class(es):** 009 - Primary Class          **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 1998          **Use in Commerce:** Jan. 1999

**For:** Printed publications, namely, articles, newsletters, brochures, reports and booklets in the fields of healthcare, insurance, health and wellness

**International Class(es):** 016 - Primary Class          **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

|  |  |
|---|---|
| **Basis:** | 1(a) |
| **First Use:** Dec. 1998 | **Use in Commerce:** Jan. 1999 |

| | |
|---|---|
| **For:** | Administration of pharmacy reimbursement programs and services; health care and pharmaceutical cost management, cost containment and utilization review services; managed care, namely, pre-certification services, utilization review and electronic processing of health care information; charitable services, namely, organizing and conducting volunteer programs and community service projects; promoting public awareness of health and wellness topics and the need for healthcare reform; providing information in the fields of healthcare policy and healthcare reform; think tank services, namely, developing policies for healthcare reform; billing |
| **International Class(es):** 035 - Primary Class | **U.S Class(es):** 100, 101, 102 |

| | |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** | 1(a) |
| **First Use:** Dec. 1998 | **Use in Commerce:** Jan. 1999 |

| | |
|---|---|
| **For:** | Insurance administration; health insurance underwriting; insurance claims administration; insurance brokerage; insurance consultancy; insurance claims processing; providing information in insurance matters; organization and administration of pre-paid health care plans; administration of employee benefit plans concerning insurance and finance; stop-loss insurance for self-funded health benefit plans of others; administration, financial management and maintenance of health savings accounts, retiree health accounts, flexible spending accounts and health reimbursement accounts; administration of insurance plans for eligible Medicare and Medicaid beneficiaries; insurance services, namely, underwriting and administration of supplemental health insurance coverage, namely, COBRA coverage and state continuing benefit plans; administration of employee welfare benefit plans concerning insurance and finance; pharmacy benefit management services; organization and administration of networks of health care providers; charitable foundation services, namely, providing financial assistance for programs and services of others; charitable fundraising services; charitable services, namely, providing financial support to disadvantaged patients for the purpose of facilitating good health and wellness; electronic processing of insurance claims and payment data |
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 100, 101, 102 |

| | |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** | 1(a) |
| **First Use:** Dec. 1998 | **Use in Commerce:** Jan. 1999 |

| | |
|---|---|
| **For:** | Managed health care services; healthcare; providing information in the fields of healthcare, health and wellness; healthcare services, namely, health and wellness programs, healthcare management programs, disease management programs and medical condition management programs; patient healthcare support services in the nature of health care decision support counseling and health care planning; mental health and substance abuse treatment; long-term care services, namely, home-visit nursing care; hospice and palliative care services; counseling services in the fields of health, nutrition and lifestyle wellness |
| **International Class(es):** 044 - Primary Class | **U.S Class(es):** 100, 101 |

| | |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** | 1(a) |
| **First Use:** Dec. 1998 | **Use in Commerce:** Jan. 1999 |

| | |
|---|---|
| **For:** | Health care advocacy services to members of health care benefit plans; individualized health care coordination services, namely, facilitating an array of services, namely, medical care services, behavior health services, and health care management |
| **International Class(es):** 045 - Primary Class | **U.S Class(es):** 100, 101 |

| | |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** | 1(a) |
| **First Use:** Dec. 1998 | **Use in Commerce:** Jan. 1999 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** UNITEDHEALTH GROUP INCORPORATED

|  |  |  |  |
|---|---|---|---|
| **Owner Address:** | Legal Intake<br>9900 Bren Road East<br>Minnetonka, MINNESOTA UNITED STATES 55343 |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Wesley Anderson |
| **Attorney Primary Email Address:** | wesley.anderson@uhg.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Wesley Anderson<br>UnitedHealth Group Incorporated<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA UNITED STATES 55343 |
| **Phone:** | 952-936-6938 |
| **Correspondent e-mail:** | trademarks@uhg.com abby.remley@uhg.com tma tlanta@seyfarth.com wesley.anderson@uhg.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 24, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 24, 2023 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Aug. 24, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 24, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Feb. 08, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 01, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 01, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 01, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 01, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 01, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 27, 2022 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 28, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 28, 2019 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 28, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 21, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 21, 2019 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 27, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Sep. 27, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 04, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 04, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 27, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 11, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 11, 2013 | PUBLISHED FOR OPPOSITION | |
| May 22, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 03, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Apr. 29, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 29, 2013 | EXAMINER'S AMENDMENT ENTERED | |
| Apr. 29, 2013 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Apr. 29, 2013 | EXAMINERS AMENDMENT E-MAILED | |
| Apr. 29, 2013 | EXAMINERS AMENDMENT -WRITTEN | |
| Apr. 24, 2013 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Apr. 06, 2013 | WITHDRAWN FROM PUB - OG REVIEW QUERY | |

| Mar. 26, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
|---|---|
| Mar. 25, 2013 | ASSIGNED TO LIE |
| Mar. 09, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 08, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Mar. 07, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Mar. 07, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Sep. 07, 2012 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED |
| Sep. 07, 2012 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED |
| Sep. 07, 2012 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY |
| Sep. 07, 2012 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED |
| Sep. 03, 2012 | ASSIGNED TO EXAMINER |
| Jun. 14, 2012 | NOTICE OF PSEUDO MARK MAILED |
| Jun. 13, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 07, 2012 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | GENERIC WEB UPDATE | Date in Location: | Aug. 24, 2023 |
|---|---|---|---|

# Assignment Abstract Of Title Information

**Summary**

| Total Assignments: | 1 | Registrant: | UnitedHealth Group Incorporated |
|---|---|---|---|

**Assignment 1 of 1**

| Conveyance: | ENTITY CONVERSION | | |
|---|---|---|---|
| Reel/Frame: | 6151/0594 | Pages: | 18 |
| Date Recorded: | Sep. 11, 2017 | | |
| Supporting Documents: | assignment-tm-6151-0594.pdf | | |

**Assignor**

| Name: | UNITEDHEALTH GROUP INCORPORATED | Execution Date: | Jul. 01, 2015 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | MINNESOTA |

**Assignee**

| Name: | UNITEDHEALTH GROUP INCORPORATED | State or Country Where Organized: | DELAWARE |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | | |
| Address: | 9900 BREN ROAD EAST, MN008-T202 MINNETONKA, MINNESOTA 55343 | | |

**Correspondent**

| Correspondent Name: | JASON FISCHER |
|---|---|
| Correspondent Address: | 233 SOUTH WACKER DRIVE, SUITE 8000 CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| Number of Proceedings: | 4 |
|---|---|

**Type of Proceeding: Opposition**

| Proceeding Number: | 91267135 | Filing Date: | Jan 20, 2021 |
|---|---|---|---|

| | |
|---|---|
| **Status:** Terminated | **Status Date:** May 05, 2022 |
| **Interlocutory Attorney:** YONG OH (RICHARD) KIM | |

| Defendant |
|---|

**Name:** RKS Global, LLC

**Correspondent Address:** JENNIFER SCHWENDENER
LAW OFFICES OF JENNIFER K SCHWENDENER, LLC
5121 MAIN STREET SUITE 3
DOWNERS GROVE IL UNITED STATES , 60515

**Correspondent e-mail:** jennifer@jkslawoffices.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| UNITED HEALTH SUPPLY | | 88735948 | |

| Plaintiff(s) |
|---|

**Name:** United Health Group Incorporated

**Correspondent Address:** JULIA K SUTHERLAND
SEYFARTH SHAW LLP
1075 PEACHTREE ST NE SUITE 2500
ATLANTA GA UNITED STATES , 30309

**Correspondent e-mail:** lgregory@seyfarth.com , ttabdocket@seyfarth.com , ipdocketatlanta@seyfarth.com , tmatlanta@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| UNITEDHEALTHCARE | | 74449855 | 1967622 |
| UNITEDHEALTH GROUP | | 75579324 | 2635728 |
| UNITEDHEALTHCARE | | 85301628 | 4280321 |
| UNITEDHEALTHCARE | | 85301642 | 4280322 |
| UNITEDHEALTHCARE | | 85301705 | 4280325 |
| UNITEDHEALTHCARE | | 85301713 | 4280326 |
| UNITEDHEALTHCARE | | 85301425 | 4354455 |
| UNITEDHEALTH GROUP | | 85642790 | 4390544 |

| Prosecution History |
|---|

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 12 | TERMINATED | May 05, 2022 | |
| 11 | BD DECISION: OPP SUSTAINED | May 05, 2022 | |
| 10 | P MOT FOR SUMMARY JUDGMENT | Mar 06, 2022 | |
| 9 | EXTENSION OF TIME GRANTED | Jun 22, 2021 | |
| 8 | P MOT FOR EXT W/ CONSENT | Jun 22, 2021 | |
| 7 | TRIAL DATES RESET | May 28, 2021 | |
| 6 | MOT FOR RELIEF FROM ENTRY OF DEFAULT JUDGMENT | Mar 05, 2021 | |
| 5 | ANSWER | Mar 05, 2021 | |
| 4 | P CHANGE OF CORRESP ADDRESS | Feb 13, 2021 | |
| 3 | INSTITUTED | Jan 20, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 20, 2021 | Mar 01, 2021 |
| 1 | FILED AND FEE | Jan 20, 2021 | |

## Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** 91235262 | **Filing Date:** Jun 27, 2017 |
| **Status:** Terminated | **Status Date:** Jun 26, 2018 |
| **Interlocutory Attorney:** YONG OH (RICHARD) KIM | |

| Defendant |
|---|

**Name:** United Health Research, LLC

| | |
|---|---|
| **Correspondent Address:** | RANDY MICHELS<br>TRUST TREE LEGAL PC<br>1321 ADAMS STREET<br>NASHVILLE TN UNITED STATES , 37208 |
| **Correspondent e-mail:** | randy@trust-tree.com , docket@trust-tree.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| UNITED HEALTH RESEARCH | | 87188261 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | UnitedHealth Group Incorporated |
| **Correspondent Address:** | KENNETH L WILTON<br>SEYFARTH SHAW LLP<br>2029 CENTURY PARK EAST #3500<br>LOS ANGELES CA UNITED STATES , 90067 |
| **Correspondent e-mail:** | kwilton@seyfarth.com , lgregory@seyfarth.com , tmatlanta@seyfarth.com , ttabdocket@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| UNITEDHEALTH GROUP | | 85642790 | 4390544 |
| UNITEDHEALTH GROUP | | 85642838 | 4390545 |
| UNITEDHEALTHCARE | | 85301642 | 4280322 |
| UNITEDHEALTHCARE | | 85301425 | 4354455 |
| UNITEDHEALTHCARE | | 85301689 | 4280324 |
| UNITEDHEALTHCARE | | 85301509 | 4354457 |
| UNITEDHEALTHCARE | | 85301713 | 4280326 |
| UNITEDHEALTHCARE | | 85301560 | 4354459 |
| UNITEDHEALTH | | 77357367 | 3731966 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 10 | TERMINATED | Jun 26, 2018 | |
| 9 | BD DECISION: SUSTAINED | Jun 26, 2018 | |
| 8 | W/DRAW OF APPLICATION | Jun 21, 2018 | |
| 7 | SUSPENDED | Jan 30, 2018 | |
| 6 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jan 30, 2018 | |
| 5 | P CHANGE OF CORRESP ADDRESS | Oct 05, 2017 | |
| 4 | ANSWER | Aug 04, 2017 | |
| 3 | PENDING, INSTITUTED | Jun 27, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 27, 2017 | Aug 06, 2017 |
| 1 | FILED AND FEE | Jun 27, 2017 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91234840 | **Filing Date:** | May 31, 2017 |
| **Status:** | Terminated | **Status Date:** | Jun 13, 2017 |
| **Interlocutory Attorney:** | KATIE W MCKNIGHT | | |

**Defendant**

| | |
|---|---|
| **Name:** | United Security Health and Casualty Insurance Company |
| **Correspondent Address:** | CHRISTOPHER J VERSTRATE<br>MCGUIRE WOODS LLP<br>77 W WACKER DR STE 4100<br>CHICAGO IL UNITED STATES , 60601-1818 |
| **Correspondent e-mail:** | trademarks@mcguirewoods.com , cverstrate@mcguirewoods.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| UNITED SECURITY HEALTH AND CASUALTY INSURANCE COMP | | 86773451 | |
| UNITED SECURITY HEALTH AND CASUALTY INSURANCE COMPANY | | 86743605 | |
| UNITED SECURITY HEALTH AND CASUALTY INSURANCE COMPANY | | 86743600 | |

| Plaintiff(s) |
|---|

| | |
|---|---|
| **Name:** | UnitedHealth Group Incorporated |
| **Correspondent Address:** | JOSEPH V MYERS III<br>SEYFARTH SHAW LLP<br>1075 PEACHTREE ST NE , SUITE 2500<br>ATLANTA GA UNITED STATES , 30309 |
| **Correspondent e-mail:** | lgregory@seyfarth.com , tmatlanta@seyfarth.com , ttabdocket@seyfarth.com |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| UNITEDHEALTH GROUP | | 75579324 | 2635728 |
| UNITEDHEALTH GROUP | | 85642790 | 4390544 |
| UNITEDHEALTH GROUP | | 85642838 | 4390545 |
| UNITEDHEALTHCARE | | 85301665 | 4280323 |
| UNITEDHEALTHCARE | | 85301476 | 4358475 |

| Prosecution History |
|---|

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 7 | TERMINATED | Jun 13, 2017 | |
| 6 | BD DECISION: SUSTAINED | Jun 13, 2017 | |
| 5 | W/DRAW OF APPLICATION | Jun 07, 2017 | |
| 4 | CHANGE OF CORRESP ADDRESS | Jun 01, 2017 | |
| 3 | PENDING, INSTITUTED | May 31, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 31, 2017 | Jul 10, 2017 |
| 1 | FILED AND FEE | May 31, 2017 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91216281 | **Filing Date:** | May 07, 2014 |
| **Status:** | Terminated | **Status Date:** | Oct 01, 2014 |
| **Interlocutory Attorney:** | GEORGE POLOGEORGIS | | |

| Defendant |
|---|

| | |
|---|---|
| **Name:** | John Malanca |
| **Correspondent Address:** | KELLY PHAIR MCCARTHY<br>SIDEMAN & BANCROFT LLP<br>ONE EMBARCADERO CENTER, 22ND FLOOR<br>SAN FRANCISCO CA UNITED STATES , 94111 |
| **Correspondent e-mail:** | trademarkgroup@sideman.com , jmstartel@yahoo.com |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| UNITED PATIENTS GROUP YOUR RESOURCE FOR ALTERNATIV | | 85963191 | |

| Plaintiff(s) |
|---|

| | |
|---|---|
| **Name:** | UnitedHealth Group Incorporated |
| **Correspondent Address:** | BART A LAZAR<br>SEYFARTH SHAW LLP<br>131 S DEARBORN STREET, SUITE 2400<br>CHICAGO IL UNITED STATES , 60603 |
| **Correspondent e-mail:** | blazar@seyfarth.com , chiipdocket@seyfarth.com |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| UNITEDHEALTH GROUP | | 85642790 | 4390544 |
| UNITEDHEALTH GROUP | | 75579324 | 2635728 |
| UNITEDHEALTH EDUCATIONAL PUBLISHING GROUP | | 77982355 | 4032349 |
| UNITEDHEALTH EDUCATIONAL PUBLISHING GROUP | | 77529279 | 4206183 |
| UNITEDHEALTH GROUP | | 78796863 | 3440643 |
| UNITEDHEALTH GROUP | | 85642838 | 4390545 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 8 | TERMINATED | Oct 01, 2014 | |
| 7 | BD DECISION: SUSTAINED | Oct 01, 2014 | |
| 6 | NOTICE OF DEFAULT | Aug 21, 2014 | |
| 5 | EXTENSION OF TIME GRANTED | Jun 10, 2014 | |
| 4 | D MOT FOR EXT W/ CONSENT | Jun 10, 2014 | |
| 3 | PENDING, INSTITUTED | May 07, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 07, 2014 | Jun 16, 2014 |
| 1 | FILED AND FEE | May 07, 2014 | |

**Generated on:** This page was generated by TSDR on 2024-11-13 18:28:14 EST

**Mark:** UNITEDHEALTH GROUP

UNITEDHEALTH GROUP

| | |
|---|---|
| **US Serial Number:** 87472963 | **Application Filing Date:** Jun. 02, 2017 |
| **US Registration Number:** 5374645 | **Registration Date:** Jan. 09, 2018 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |



**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Oct. 03, 2023

**Publication Date:** Oct. 24, 2017

## Mark Information

**Mark Literal Elements:** UNITEDHEALTH GROUP

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "GROUP"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Banking services; On-line banking services; Financing and loan services; Financial services, namely, wealth management, investment management, and financial planning services; Insurance brokerage services

| | |
|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 01, 2017 | **Use in Commerce:** Jan. 01, 2017 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes |
| **Filed ITU:** No | | **Currently ITU:** No |
| **Filed 44D:** No | | **Currently 44D:** No |
| **Filed 44E:** No | | **Currently 44E:** No |
| **Filed 66A:** No | | **Currently 66A:** No |
| **Filed No Basis:** No | | **Currently No Basis:** No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | UnitedHealth Group Incorporated |
| **Owner Address:** | Legal Intake<br>9900 Bren Road East<br>Minnetonka, MINNESOTA UNITED STATES 55343 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Wesley Anderson | **Docket Number:** | 23845-9001 |
| **Attorney Primary Email Address:** | wesley.anderson@uhg.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Wesley Anderson<br>UnitedHealth Group Incorporated<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA UNITED STATES 55343 |
| **Phone:** | 952-936-6938 |
| **Correspondent e-mail:** | wesley.anderson@uhg.com abby.remley@uhg.com trademarks@uhg.com tmatlanta@seyfarth.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 03, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Oct. 03, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Oct. 02, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 30, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Feb. 01, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 01, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 01, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 01, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 01, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 09, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 09, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 28, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 24, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 24, 2017 | PUBLISHED FOR OPPOSITION | |
| Oct. 04, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 11, 2017 | ASSIGNED TO LIE | |
| Aug. 25, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 22, 2017 | EXAMINER'S AMENDMENT ENTERED | |
| Aug. 22, 2017 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Aug. 22, 2017 | EXAMINERS AMENDMENT E-MAILED | |
| Aug. 22, 2017 | EXAMINERS AMENDMENT -WRITTEN | |
| Aug. 21, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 21, 2017 | NON-FINAL ACTION E-MAILED | |
| Aug. 21, 2017 | NON-FINAL ACTION WRITTEN | |
| Aug. 10, 2017 | ASSIGNED TO EXAMINER | |
| Jun. 09, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 06, 2017 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 123          **Date in Location:** Oct. 03, 2023

**Generated on:** This page was generated by TSDR on 2024-11-13 18:26:12 EST

**Mark:** UNITEDHEALTH GROUP

UNITEDHEALTH GROUP

| | |
|---|---|
| **US Serial Number:** 75579324 | **Application Filing Date:** Oct. 29, 1998 |
| **US Registration Number:** 2635728 | **Registration Date:** Oct. 15, 2002 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** May 13, 2022

**Publication Date:** Aug. 03, 1999 **Notice of Allowance Date:** Oct. 26, 1999

---

# Mark Information

**Mark Literal Elements:** UNITEDHEALTH GROUP

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "GROUP"

---

# Related Properties Information

**Claimed Ownership of US Registrations:** 1928836, 1928840, 1967622, 2111885

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Health care cost management services for health care benefit plans

**International Class(es):** 035 - Primary Class     **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 1998     **Use in Commerce:** Jan. 1999

**For:** Insurance services, namely claims administration services for health care benefit plans

**International Class(es):** 036 - Primary Class     **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 1998     **Use in Commerce:** Jan. 1999

| | |
|---|---|
| **For:** | Managed health care services |

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 1998 | **Use in Commerce:** | Jan. 1999 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | UNITEDHEALTH GROUP INCORPORATED |
| **Owner Address:** | 9900 Bren Road East<br>Minnetonka, MINNESOTA UNITED STATES 55343 |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Wesley Anderson |
| **Attorney Primary Email Address:** | wesley.anderson@uhg.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Wesley Anderson<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA UNITED STATES 55343 |
| **Phone:** | 952-936-6938 |
| **Correspondent e-mail:** | abby.remley@uhg.com tmatlanta@seyfarth.com tr ademarks@uhg.com wesley.anderson@uhg.com |

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 01, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 01, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 01, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 01, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 01, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 13, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 13, 2022 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| May 13, 2022 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 13, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 11, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 15, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 27, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 15, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 15, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| Jul. 15, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jul. 15, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jul. 15, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jul. 15, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jul. 15, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jul. 15, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jun. 17, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Oct. 27, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Oct. 27, 2012 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Oct. 27, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Oct. 27, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Oct. 05, 2012 | TEAS SECTION 8 & 9 RECEIVED |
| Mar. 14, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jul. 05, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| May 08, 2008 | ASSIGNED TO PARALEGAL |
| Apr. 24, 2008 | TEAS SECTION 8 & 15 RECEIVED |
| Feb. 01, 2008 | CASE FILE IN TICRS |
| Oct. 15, 2002 | REGISTERED-PRINCIPAL REGISTER |
| Jul. 19, 2002 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Jul. 18, 2002 | STATEMENT OF USE PROCESSING COMPLETE |
| Apr. 26, 2002 | USE AMENDMENT FILED |
| Apr. 29, 2002 | PAPER RECEIVED |
| Dec. 17, 2001 | SOU EXTENSION 4 GRANTED |
| Oct. 25, 2001 | SOU EXTENSION 4 FILED |
| May 02, 2001 | SOU EXTENSION 3 GRANTED |
| Apr. 17, 2001 | SOU EXTENSION 3 FILED |
| Jan. 19, 2001 | SOU EXTENSION 2 GRANTED |
| Oct. 26, 2000 | SOU EXTENSION 2 FILED |
| Jul. 19, 2000 | SOU EXTENSION 1 GRANTED |
| Apr. 26, 2000 | SOU EXTENSION 1 FILED |
| Oct. 26, 1999 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| Aug. 03, 1999 | PUBLISHED FOR OPPOSITION |
| Jul. 02, 1999 | NOTICE OF PUBLICATION |
| May 10, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 04, 1999 | EXAMINER'S AMENDMENT MAILED |
| Apr. 27, 1999 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: GENERIC WEB UPDATE | Date in Location: May 13, 2022 |

## Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| **Total Assignments:** 2 | **Registrant:** UNITEDHEALTH GROUP INCORPORATED |

### Assignment 1 of 2

| | | |
|---|---|---|
| Conveyance: | MERGER | |
| Reel/Frame: | 2054/0889 | Pages: 4 |
| Date Recorded: | Mar. 22, 2000 | |
| Supporting Documents: | assignment-tm-2054-0889.pdf | |

| | |
|---|---|
| **Assignor** | |
| Name: UNITED HEALTHCARE CORPORATION | Execution Date: Mar. 01, 2000 |

| | |
|---|---|
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** MINNESOTA |

### Assignee

| | |
|---|---|
| **Name:** UNITEDHEALTH GROUP INCORPORATED | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** MINNESOTA |
| **Address:** 9900 BREN ROAD EAST<br>MINNETONKA, MINNESOTA 55343 | |

### Correspondent

| |
|---|
| **Correspondent Name:** DORSEY & WHITNEY LLP |
| **Correspondent Address:** JOSHUA J. BURKE<br>220 SOUTH SIXTH STREET<br>MINNEAPOLIS, MN 55402 |

### Domestic Representative - Not Found

## Assignment 2 of 2

| | |
|---|---|
| **Conveyance:** ENTITY CONVERSION | |
| **Reel/Frame:** 6151/0594 | **Pages:** 18 |
| **Date Recorded:** Sep. 11, 2017 | |
| **Supporting Documents:** assignment-tm-6151-0594.pdf | |

### Assignor

| | |
|---|---|
| **Name:** UNITEDHEALTH GROUP INCORPORATED | **Execution Date:** Jul. 01, 2015 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** MINNESOTA |

### Assignee

| | |
|---|---|
| **Name:** UNITEDHEALTH GROUP INCORPORATED | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |
| **Address:** 9900 BREN ROAD EAST, MN008-T202<br>MINNETONKA, MINNESOTA 55343 | |

### Correspondent

| |
|---|
| **Correspondent Name:** JASON FISCHER |
| **Correspondent Address:** 233 SOUTH WACKER DRIVE, SUITE 8000<br>CHICAGO, IL 60606 |

### Domestic Representative - Not Found